69 A.3d 236

Kyle RAINEY, Petitioner

v.

Seth WILLIAMS, Head of Philadelphia District Attorney's Office.

No. 44 EM 2013.

Supreme Court of Pennsylvania.

June 19, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of June, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition

560

for Writ of Habeas Corpus and "Emergency Motion" are **DENIED.**